JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS G. BURDETTE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 16-05240-JDE<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that that the decision of the
Commissioner of Social Security is affirmed and this matter is dismissed with
prejudice.

Dated:　December 14, 2017

JOHN D. EARLY
United States Magistrate Judge